UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LOUIE, for Himself
and On Behalf of All Others
Similarly Situated,

        Plaintiff,

  v.

DISCOUNT TIRE CO., INC.
and SOUTHERN CALIFORNIA
DISCOUNT TIRE CO., INC.,

        Defendants.
_____/

NO. Civ.S-07-2342 LKK/JFM

**ORDER RE DISPOSAL
DOCUMENTS AFTER
NOTIFICATION OF SETTLEMENT**

    Counsel for defendant has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED:  September 12, 2008.

                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT